**FANUC ROBOTICS AMERICA, INC., Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee,

and

**Yaskawa Electric Corporation and Motoman, Incorporated,**
**Intervenors.**

No. 2006–1319.

United States Court of Appeals,
Federal Circuit.

Feb. 7, 2007.

ON MOTION

*ORDER*

Upon consideration of FANUC and Yaskawa's unopposed joint motion to dismiss this appeal from the United States International Trade Commission, case no. 337–TA–530,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2007–5055.

United States Court of Appeals,
Federal Circuit.

Feb. 8, 2007.

Keith Russell Judd, pro se.

*ORDER*

Pursuant to the court's June 2, 2006 order in 2006–1232, et al., this appeal is dismissed for failure to pay the docketing fee when the appeal was filed.

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.